FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 OCT 26 PM 5 12

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROXANNE RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>Defendant. | Case No. 2:12-CV-00209-CAB |

## ORDER GRANTING MOTION TO TRANSFER VENUE

This matter came before the Court on the stipulated Motion of the Plaintiff, Roxanne Ryan and of the Defendant, to transfer venue of this matter to the United States District Court for the District of Colorado. Doc. # 5. The Court, having reviewed the Motion, the remainder of the file, and being otherwise fully advised in the premises, finds the Motion should be granted.

Ms. Ryan states she is currently a resident of Colorado, and venue is therefore proper in the District of Colorado. Doc. # 5 at 2. The Defendant does not oppose venue being transferred to Colorado, and stipulates thereto. Id. Pursuant to 28 U.S.C. § 1404(a), "[f]or

the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Court finds this matter should be transferred to the United States District Court for the District of Colorado.

NOW, THEREFORE, it is hereby ORDERED the Motion for Change of Venue [Doc. # 5] is GRANTED. It is further

ORDERED the case shall be transferred to the United States District Court for the District of Colorado.

Dated this 26th day of October, 2012.

_____
Clarence A. Brimmer
United States District Judge