IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02870-MSK

ROXANNE RYAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger filed on March 25, 2014, (**Doc. #31**), it is

ORDERED that he Commissioner of Social Security's decision is REVERSED and the case is REMANDED, that Final Judgment is entered in favor of Plaintiff Ryan and against Defendant Commissioner and the case is closed.

Dated this 26th day March, 2014.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Patricia Glover
                Deputy Clerk