IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02870-MSK

ROXANNE RYAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion for Equal Access to Justice Act Attorney Fees (Stipulated Motion) **(#34)** filed July 2, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Stipulated Motion is **GRANTED**. Plaintiff Roxanne R. Ryan is awarded $5,900.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is

**FURTHER ORDERED** that if, after receiving this Order, the Commisioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid

by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

Roxanne R. Ryan
c/o Ann Atkinson, esq.
7960 S. Ireland Way
Aurora, Colorado 80016-1904

DATED this 3rd day of July, 2014.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court